**No. 11-6723. Earl Bennett Sorrells, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1083, 132 S. Ct. 823, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8737.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6724. Sol Rosen, Petitioner v. North Shore Towers Apartments, Inc.**

565 U.S. 1083, 132 S. Ct. 823, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8773, ██

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6729. Erwin B. Patterson, Jr., Petitioner v. Towne Bank, et al.**

565 U.S. 1083, 132 S. Ct. 823, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8788.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 258.

**No. 11-6731. Quentin Anderson, Petitioner v. Willie L. Eagleton, Warden, et al.**

565 U.S. 1083, 132 S. Ct. 823, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8783.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 259.

**No. 11-6734. William Glenn Logan, Petitioner v. Georgia.**

565 U.S. 1083, 132 S. Ct. 823, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8734.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 309 Ga. App. 95, 709 S.E.2d 302.

**No. 11-6737. Marcia T. Turner, Petitioner v. Garabet Khatchikian.**

565 U.S. 1083, 132 S. Ct. 824, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8677.

December 5, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 60 So. 3d 403.

**No. 11-6739. Clyde Williams, Petitioner v. Massachusetts.**

565 U.S. 1083, 132 S. Ct. 824, 181 L. Ed. 2d 533, 2011 U.S. LEXIS 8759.

December 5, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 460 Mass. 1007, 950 N.E.2d 865.